FILED
DEC 0 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **07 CR 50063**
Case Name: **U.S. v. Christopher A. Jansen**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO ■**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO ■**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO ■**   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO ■**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO ■**   YES ☐

6) What level of offense is this indictment or information?   **FELONY ■**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   **NO ■**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO ■**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .............. (II) | ■ Income Tax Fraud ...... (II) | ☐ DAPCA Controlled Substances.... (III) |
| ☐ Criminal Antitrust ....... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses.. (IV) |
| ☐ Bank robbery .......... (II) | ■ Other Fraud .......... (III) | ☐ Immigration Laws ..... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws .... (IV) |
| ☐ Assault ............... (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ..... (IV) |
| ☐ Burglary ............. (IV) | ☐ Counterfeiting ....... (III) | ☐ Selective Service Act ... (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........ (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana .... (III) | ☐ Other Federal Statutes .. (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ..... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18, United States Code, Section 1343; Title 26, United States Code, Section 7201

_____
Assistant United States Attorney

(Revised 12/99)