UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Western Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                          Case No.: 3:07−cr−50063
                                              Honorable Frederick J. Kapala

Christopher A Jansen
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge Frederick J. Kapala as to Christopher Jansen: Initial Appearance and plea set for 1/3/2008 at 02:30 PM. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.