UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 50063 |
| v. ) | |
| ) | Judge Frederick J. Kapala |
| CHRISTOPHER A. JANSEN ) | |
| ) | |

## MOTION TO DISMISS THE INFORMATION

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for an order dismissing the Information against the defendant for the reason that the parties were unable to reach a final agreement for the defendant to enter a plea of guilty.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s Michael D. Love
MICHAEL D. LOVE
Assistant United States Attorney
308 W. State Street - Room 300
Rockford, Illinois   61101
(815) 987-4444

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

<u>United States' Motion to Dismiss the Information</u>

were served on January 14, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s Michael D. Love
MICHAEL D. LOVE
Assistant United States Attorney
308 w. State St. - Ste. 300
Rockford, Illinois 61101
(815) 987-4444