IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff        Case No. 3:07-CR-50063

vs.              Hon. Frederick J. Kapala

CHRISTOPHER JANSEN,

    Defendant

------------------------------------------------------

**DEFENSE RESPONSE TO GOVERNMENT'S
MOTION TO WITHDRAW THE INFORMATION**

  Undersigned counsel has been in continuous discussions with the government and has communicated the content of those discussions to the defendant. The defendant has also been advised that the government will file a motion to withdraw the information unless the defendant agrees to the plea offer that has been made to him. As of the date and time of the filing of this pleading, the defendant has not agreed to plead pursuant to either the original or modified plea agreements. The defense thus has no principled objection to the government's Motion to Withdraw the Information.

                       Respectfully submitted,

Chicago, IL
January 14, 2008

                        s/Adam Bourgeois
                       Adam Bourgeois
                       Bourgeois & Klein
                       53 W. Jackson Blvd., Suite 831
                       Chicago, IL 60604
                       (312) 983-1140