# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50063 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Christopher Jansen | | |

**DOCKET ENTRY TEXT:**

Initial appearance/plea cancelled. United States' motion to dismiss the information [7] is granted.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

Case 3:07-cr-50063　　Document 9　　Filed 01/14/2008　　Page 1 of 1

| | Courtroom Deputy Initials: | sw |
|---|---|---|